WARREN DIXON, trustee, appellant,

*v.*

MARGARET BENTLEY et al., respondents.

On appeal from a decree of the chancellor, whose opinion is reported in *Dixon* v. *Bentley, 5 Dick. Ch. Rep. 87.*

*Mr. Warren Dixon,* for the appellant.

*Mr. Washington B. Williams,* for the respondents.

PER CURIAM.

Decree affirmed, for the reasons given by the chancellor.

*For affirmance*—THE CHIEF-JUSTICE, DEPUE, GARRISON, MAGIE, REED, VAN SYCKEL, BOGERT, BROWN, SMITH—9.

*For reversal*—None.